**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00742-CV

**AZEB RUDER, Appellant**

**V.**

**WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, WILLIAM DAVIS REAL ESTATE SERVICES, LLC D/B/A WILLIAM DAVIS REALTY, AND KATHY JABRI, Appellees**

On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01346-2014

## ORDER

We **GRANT** court reporter Claudia Webb's September 27, 2016 request for additional time to file the reporter's record and **ORDER** the reporter's record filed no later than October 14, 2016.

/s/     ELIZABETH LANG-MIERS
            JUSTICE